MEGAN W. FERA, S.B. 230120                           (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
COUNTY OF AMADOR and the SHERIFF OF AMADOR COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SOWELL, | Case No.:   CIV.S-04-1849 LKK PAN-PS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF AMADOR, a political subdivision of the State of California, SHERIFF OF AMADOR COUNTY, (sued herein as DOE 1), AMADOR COUNTY SHERIFF'S DEPUTY WITH BADGE NUMBER m6140 (sued herein as DOE 2), in their individual and official capacities, DOES 3-100, Jointly and Severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties that this action shall be dismissed with prejudice.  All parties to bear their own costs and attorney's fees.

Dated:  8/19/05

/s/Robert Sowell
ROBERT SOWELL

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

-2-

1

2  Dated: July 26, 2005                               ANGELO, KILDAY & KILDUFF

3

4                                                                 By: /s/ Megan W. Fera
                                                                  MEGAN W. FERA, ESQ.
5                                                                 Attorney for Defendants, COUNTY OF AMADOR, SHERIFF OF AMADOR COUNTY, (sued herein as DOE 1), AMADOR COUNTY SHERIFF'S DEPUTY WITH BADGE NUMBER m6140 (sued herein as DOE 2).

6

7

8  I:\MWF\Sowell\DISMISSAL STIPULATION.doc

9

10                                        **ORDER**

11

12  IT IS SO ORDERED.

13

14  Dated: August 23, 2005                    /s/Lawrence K. Karlton

15                                            Lawrence K. Karlton, Senior Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

MEGAN W. FERA, S.B. 230120           (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants,
COUNTY OF AMADOR and the SHERIFF OF AMADOR COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SOWELL, | Case No.:  CIV.S-04-1849 LKK PAN-PS |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF AMADOR, a political subdivision of the State of California, SHERIFF OF AMADOR COUNTY, (sued herein as DOE 1), AMADOR COUNTY SHERIFF'S DEPUTY WITH BADGE NUMBER m6140 (sued herein as DOE 2), in their individual and official capacities, DOES 3-100, Jointly and Severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties that this action shall be dismissed with prejudice.  All parties to bear their own costs and attorney's fees.

Dated:  8/19/05                                                           /s/Robert Sowell
                                                                                       ROBERT SOWELL

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

-2-

1
2  Dated: July 26, 2005                               ANGELO, KILDAY & KILDUFF
3
4                                                    By: /s/ Megan W. Fera
                                                     MEGAN W. FERA, ESQ.
5                                                    Attorney for Defendants, COUNTY OF AMADOR, SHERIFF OF AMADOR COUNTY, (sued herein as DOE 1), AMADOR COUNTY SHERIFF'S DEPUTY WITH BADGE NUMBER m6140 (sued herein as DOE 2).
6
7
8  I:\MWF\Sowell\DISMISSAL STIPULATION.doc
9
10                                    **ORDER**
11
12 IT IS SO ORDERED.
13
14 DATED:  August 23, 2005                            /s/Lawrence K. Karlton
                                                     Lawrence K. Karlton
15                                                   Senior Judge

**STIPULATION FOR DISMISSAL WITH PREJUDICE**